UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 3

| | |
|---|---|
| **TUBE FORGINGS OF AMERICA, INC., AND MILLS IRON WORKS, INC.** | **SUMMONS** |
| **Plaintiffs,** | **COURT NO. 23-00236** |
| **v.** | |
| **UNITED STATES,** | |
| **Defendant.** | |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1.  Plaintiffs, Tube Forgings of America, Inc., and Mills Iron Works, Inc., are domestic producers of the merchandise under inquiry, certain carbon steel butt-weld pipe fittings, and are interested parties within the meaning of 19 U.S.C. §1677(9)(C).  Plaintiffs were active participants in the covered merchandise inquiry proceeding that led to the determination under appeal. Plaintiffs therefore have standing to bring this action pursuant to 28 U.S.C. §2631(c), 19 U.S.C. §1517(b)(4), 19 U.S.C. §1516a(d) and 19 U.S.C. §1516a(a)(2)(B)(vi).
    <small>(Name and standing of plaintiff)</small>

2.  Plaintiff contests certain aspects of the U.S. Department of Commerce's final determination in *Certain Carbon Steel Butt-Weld Pipe Fittings From the People's Republic of China: Final Determination of Covered Merchandise Inquiry*, Case No. A-570-814. Plaintiff contests as unlawful and unsupported by substantial evidence the Commerce Department's final determination that Chinese origin rough fittings that underwent both the second and third stages of production in Vietnam are not covered by the scope of the antidumping duty order on *Certain Carbon Steel Butt-Weld Pipe Fittings From the People's Republic of China*. This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(A)(ii) and 19 U.S.C. § 1516a(a)(2)(B)(vi).
    <small>(Brief description of contested determination)</small>

3.  The contested determination was rendered by the U.S. Department of Commerce on September 29, 2023; published in the Federal Register on October 10, 2023; and mailed to Plaintiffs' counsel by certified mail on October 17, 2023.
    <small>(Date of determination)</small>

Form 3-2

4.    The contested determination was published in the Federal Register on October 10, 2023, 88 Fed. Reg. 69,909, and mailed by the U.S. Department of Commerce on October 17, 2023. This summons is timely filed by no later than 30 days after the mailing date of the final determination and is thus timely filed pursuant to 19 U.S.C. §1516a(a)(2)(A)(ii).

(If applicable, date of publication in Federal Register of notice of contested determination)

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

/s/ Lawrence J. Bogard
Signature of Plaintiff's Attorney

November 9, 2023
Date

Lawrence J. Bogard
Neville Peterson LLP
1310 L Street, N.W. Ste. 300
Washington, DC 20005
(202) 776-1150
lbogard@npwdc.com

**SEE REVERSE SIDE**

Form 3-3

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons.  For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

**Attorney in Charge**
**International Trade Field Office**
**Department of Justice, Civil Division**
**Room 346, Third Floor**
**26 Federal Plaza**
**New York, NY 10278**

**General Counsel**
**U.S. Department of Commerce**
**14th Street and Constitution Avenue, N.W.**
**Washington, D.C., 20230**

**Supervising Attorney**
**Civil Division – Commercial Litigation Branch**
**U.S. Department of Justice**
**P.O. Box 480**
**Ben Franklin Station**
**Washington, D.C. 20044**